# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | *   Case No.: 24-cr-00008 RC |
| DAVID MITCHELL BATES | * |
| Defendant | * |

## MOTION TO TEMPORARILY MODIFY
## CONDITIONS OF RELEASE & PERMIT PREPAID INTERNATIONAL TRAVEL

The Defendant, David Mitchell Bates, by and through his attorneys, Nicholas G. Madiou, and Brennan, McKenna & Lawlor, Chtd., respectfully requests that this Honorable Court temporarily modify the conditions of his release in this case. In support of this motion, counsel states the following.

1. Mr. Bates made his initial appearance before this Honorable Court on December 19, 2023. At that time, he was released on conditions of release. Mr. Bates is currently under the supervision of United States Probation Officer Michael C. DeHaven from the Northern District of West Virginia.

2. As part of his conditions of release, Mr. Bates was ordered to surrender his passport to pretrial services and not obtain a passport or other international travel documents.

3. Prior to his arrest, Mr. Bates booked international travel to Italy from March 4, 2024 to March 14, 2024. Mr. Bates' flights and hotel accommodations are

1

prepaid. Mr. Bates will be traveling with his wife and child. However, the purpose of his travel is for employment training. Attached to this motion as Exhibit A is a letter from Mr. Cambell Martens, the Owner of Rumsey Tavern, Mr. Bates' employer.  Mr. Martens has planned this trip for Mr. Bates as the Executive Chef of his restaurant to take several classes in Italian cuisine. Mr. Martens affirms that Mr. Bates' flights, stay and training classes have been prepaid and are non-refundable or transferable.

    4.    At this time, Mr. Bates respectfully asks this Court to temporarily modify his conditions of release such that he be permitted to travel out of country to Italy from March 4, 2024 through March 14, 2024.  Mr. Bates will be staying at the Villa Luisa Hotel Residence Beauty Farm in Pozzuoli, Naples. A copy of Mr. Bates' travel and lodging itinerary have been provided to counsel for the Government and Officer DeHaven.

    5.    In order to facilitate his international travel, Mr. Bates is requesting that his passport be temporarily returned to him for purposes of this trip and that he surrenders the passport back to pretrial services within 24 hours of his return to the United States on March 14, 2024.

    6.    Undersigned counsel contacted Assistant United States Attorney Samuel White, who informed the undersigned that the Government opposes Mr.

Bates engaging in overseas travel as a result of the Government's "uniform position on these cases."

7. Undersigned counsel also contacted Mr. Bates' pretrial officer, United States Probation Officer Michael C. DeHaven from the Northern District of West Virginia and is authorized to state that Officer DeHaven defers to the Court on this request for permission for international travel.

8. For these reasons, Mr. Bates respectfully asks this Court to:

   a. Temporarily modify his conditions of release such that he be permitted to travel out of country to Italy from March 4, 2024 and return on March 14, 2024. If this request is granted, Mr. Bates will be in contact with his Pretrial Officer at the time of his departure and upon his return; and

   b. Temporarily return his passport for purposes of this trip under the express condition that Mr. Bates re-surrender his passport back to Pretrial Services within 24 hours upon his return.

Respectfully submitted,

/s

_____
Nicholas G. Madiou – Bar # MD0039
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044
nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, February 9, 2024, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

/s/

_____
Nicholas G. Madiou