IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No.: 24-cr-008 (RC) |
| DAVID MITCHELL BATES | * | |
| Defendant | * | |

## ORDER OF THE COURT

This matter is before the Court on the defendant's Motion to Temporarily Modify Conditions of Release and Permit Prepaid International Travel. The Court having considered the Motion, being fully advised, it is this 16th day of February, 2024:

**ORDERED**, that the Motion be and the same is hereby **GRANTED**; and it is further,

**ORDERED,** that Mr. Bates's conditions of release be temporarily modified such that he be permitted to travel out of Country to Naples, Italy from March 4, 2024 and return on March 14, 2024. Mr. Bates must contact his Pretrial Officer at the time of his departure and at the time of his return; and it is further,

**ORDERED,** that Mr. Bates's passport be temporarily returned to him for purposes of this trip under the express condition that he re-surrenders the passport back to pretrial services within 24 hours of his return and that he complies with all other conditions of his release.

_____
RUDOLPH CONTRERAS
UNITED STATES DISTRICT COURT JUDGE