IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        *

    vs.                                          *       Case No.: 24-cr-00008 RC

DAVID MITCHELL BATES             *

    Defendant                                *

**ORDER OF THE COURT**

This matter is before the Court on the defendant's Motion to Revise Previous Order Granting Previously Filed Motion to Temporarily Modify Conditions of Release and Permit Prepaid International Travel. The Court having considered the Motion, being fully advised, it is this 23rd day of February, 2024:

**ORDERED**, that the Motion be and the same is hereby **GRANTED**; and it is further,

**ORDERED**, that Mr. Bates's conditions of release be temporarily modified such that he be permitted to travel out of Country to Naples, Italy from March 4, 2024 and return on March 15, 2024. Mr. Bates must contact his Pretrial Officer at the time of his departure and at the time of his return.

_____
UNITED STATES JUDGE