# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | **Case No.: 24-cr-00008 RC** |
| **DAVID MITCHELL BATES** | * | |
| Defendant | * | |

## CONSENT MOTION TO VACATE STATUS CONFERENCE AND SET CASE IN FOR PLEA HEARING, AND EXCLUDE TIME FROM CALCULATION UNDER THE SPEEDY TRIAL ACT

The Defendant David Mitchell Bates, by and through counsel, Nicholas G. Madiou and Brennan, McKenna, & Lawlor, Chtd., and hereby moves this Honorable Court to vacate the status conference currently scheduled for May 1, 2024 at 10:00 a.m., set this matter in for a plea hearing, and exclude certain time from the Speedy Trial Act calculation in this case. In support of this Motion, counsel states the following:

1. Per prior Order of the Court, Mr. Bates is scheduled to appear before this Honorable Court on May 1, 2024 at 10:00 a.m. for a status conference in the above-referenced case.

2. The parties have reached an agreement to resolve this case short of trial.

3. For this reason, the Defendant respectfully asks this Court to vacate the Status Conference scheduled for May 1, 2024 at 10:00 a.m., and to set this case in for a plea hearing.

1

4.	The parties have cleared a proposed date with this Honorable Court on which to schedule a plea hearing. The proposed date is May 23, 2024 at 11:30 a.m.

5.	Undersigned counsel has discussed this request with Mr. Bates, and is authorized to state that he agrees with the instant request, and consents to exclusion of time under the Speedy Trial Act.

6.	Undersigned counsel has also contacted Assistant United States Attorney Samuel White, and is authorized to state that the United States consents to the relief sought in this motion.

WHEREFORE, for the foregoing reasons, the Defendant respectfully asks this Court to vacate the Status Conference scheduled for May 1, 2024 at 10:00 a.m., and to set this case in for a plea hearing on May 23, 2024 at 11:30 a.m.

Respectfully submitted,
/s
_____
Nicholas G. Madiou – Bar # MD0039
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044
nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2024, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

/s/
_____
Nicholas G. Madiou