## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.: 24-CR-08 (RC)** |
| | : | |
| **v.** | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | |
| **DAVID MITCHELL BATES,** | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | |
| **Defendant.** | : | |
| | : | |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, David Mitchell Bates, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.      On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.     Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### The Defendant's Participation in the January 6, 2021, Capitol Riot

8.     David Mitchell Bates travelled to Washington, DC on January 5, 2021, in order to attend then-President Trump's scheduled rally on January 6, 2021.

9.     After attending the rally on the morning of January 6, 2021, David Mitchell Bates joined members of the West Virginia Chapter of the Proud Boys and members from other Proud Boy Chapters in gathering near the Washington Monument.

10.     David Mitchell Bates joined a large crowd of Proud Boys in marching east along the National Mall. During this march, David Mitchell Bates and the other Proud Boys participating in the march moved along the west, north and east sides of the U.S. Capitol Grounds.

11.     While marching in close proximity to three different sides of the U.S. Capitol Building, David Mitchell Bates directly observed both fencing and signage indicating that portions

of the U.S. Capitol Grounds immediately surrounding the U.S. Capitol Building were closed to the public on January 6, 2021.

12.     After the Proud Boys March paused on Constitution Avenue NW between 1st and 3rd Streets NW, David Mitchell Bates departed the group in order to check out of his hotel from the previous evening and into a new hotel. After checking into his new hotel, David Mitchell Bates observed televised news coverage of rioters breaching the fences surrounding the restricted area of the U.S. Capitol Grounds. After seeing this footage, David Mitchell Bates decided to return to the U.S. Capitol Grounds.

13.     After returning to the U.S. Capitol Grounds, David Mitchell Bates approached the west side of the U.S. Capitol Building and made his way to the Upper West Terrace. At the time, David Mitchell Bates was unaccompanied by any other members of the Proud Boys.

14.     While on the Upper West Terrace and in close proximity to the Senate Wing Door, David Mitchell Bates used his cell phone to record his surroundings. David Mitchell Bates joined in various chants being uttered by other rioters, and encouraged other rioters by making various statements, including "it's our fucking Capitol," "we're coming in," and "storm the doors."

15.     David Mitchell Bates entered the Brumidi Corridor of the U.S. Capitol Building through the Parliamentarian Door at approximately 2:45 pm.

16.     While inside the Brumidi Corridor, David Mitchell Bates used his phone to record his surroundings, and at one point repeatedly thrusted his right arm into the air and pointed down the Brumidi Corridor in the general direction of a group of U.S. Capitol Police officers.

17.     David Mitchell Bates exited the U.S. Capitol Building via the Parliamentarian Door at approximately 2:49 pm.

18.     After exiting the U.S. Capitol Building, David Mitchell Bates remained inside of the restricted area of the U.S. Capitol Grounds until after 4:00 pm. While on the U.S. Capitol Grounds after exiting the U.S. Capitol Building, David Mitchell Bates located other Proud Boys members and gathered with them prior to his leaving the U.S. Capitol Grounds.

19.     Some time after departing the U.S. Capitol Grounds, David Mitchell Bates received messages from the President of the West Virginia Chapter of the Proud Boys instructing members of the West Virginia Chapter to delete Telegram messages associated with the Proud Boys and the events of January 6, 2021 from their cellular phones. David Mitchell Bates subsequently deleted Telegram messages and other materials, including location data, from his cellular phone and Google accounts.

### *Elements of the Offense*

19.     The parties agree that 40 U.S.C. § 5104(e)(2)(D) requires the following elements:

   a.  First, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings or Grounds.

   b.  Second, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

   c.  Third, the defendant acted willfully and knowingly.

The parties also agree that 40 U.S.C. § 5104(e)(2)(G) requires the following elements:

   a.  First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

   b.  Second, the defendant acted willfully and knowingly.

### *Defendant's Acknowledgments*

20.     The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that on January 6, 2021, he knowingly entered the

restricted area of the U.S. Capitol Grounds, where he engaged in disruptive behavior through both his physical presence and his statements to other rioters. The defendant also admits that he entered the U.S. Capitol Building, and that while inside the U.S. Capitol Building he engaged in conduct that constituted both parading and demonstrating. The defendant admits that his actions on January 6, 2021 were knowing and voluntary, and not due to any mistake or accident.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/*_____
Samuel White
Assistant United States Attorney
NC Bar No. 44908
Capitol Siege Section
U.S. Attorney's Office
District of Columbia
202-431-4453
Samuel.white@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, David Mitchell Bates, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 5/13/24

David Mitchell Bates
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: May 13, 2024

Nicholas Madiou
Attorney for Defendant